**MURRAY-NOLAN BERUTTI LLC**
Ronald A. Berutti
N.J. Atty. I.D. No. 023361992
136 Central Avenue, 2nd Floor
Clark, New Jersey 07066
Phone: (908) 588-2111
Attorneys for Plaintiffs
Our File No. 01278

| | |
|---|---|
| JOHN DOE and JANE DOE (said names being fictitious names to preserve confidentiality),<br><br>Plaintiffs,<br><br>v.<br><br>JON COHEN in his capacity as Board President of the Monmouth Regional High School Board of Education, and the MONMOUTH REGIONAL HIGH SCHOOL BOARD OF EDUCATION,<br><br>Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>*Civil Action*<br><br>Civ. No. 3:26-cv-08379-MAS-JTQ<br><br>**ORDER TO SHOW CAUSE SEEKING PRELIMINARY INJUNCTION** |

THIS MATTER having been opened to the Court by Order to Show Cause seeking a preliminary injunction on notice to defendant Jon Cohen in his capacity as Board President of the Monmouth Regional High School Board of Education, and the Monmouth Regional High School Board of Education, and the Court having reviewed the Verified Amended Complaint, dated June 16, 2026, the Order to Show Cause granting the plaintiff a renewed temporary restraining order, in keeping with that entered by Honorable Marc C. Lemieus, A.J.S.C., in the Superior Court of New Jersey, Law Division, Monmouth County, under Docket No. MON-L-2335-26, which case defendants removed to his Court, the accompanying Declaration of Ronald A. Berutti with exhibits, and the letter brief in support of the Order to Show Cause, and any papers filed by or on behalf of defendants, and having heard oral argument of counsel, and it appearing that the plaintiffs John Doe and Jane Doe (said names being fictitious named to preserved confidentiality) have

satisfied the criteria for a temporary restraining order including, but not limited to, the criteria of *L.Civ. R.* 65.1, and for good cause shown:

IT IS, on this _____ day of July, 2026

ORDERED that the temporary restraining order entered on June 16, 2026 be, and hereby is, renewed, such that defendants are restrained and enjoined from enforcing Board Policy 5145.7, or promulgating any policy which accomplishes the same end of not fully informing fit parents and/or legal guardians of a minor child's expressed desire to gender-transition and/or failing to receive fit parents' and/or legal guardians' consent to gender-transition their minor child pending a hearing on the merits as to whether a Preliminary Injunction is merited pending the outcome of this matter, and it is further

ORDERED that pending a final hearing on the merits, the plaintiffs may proceed using the pseudonyms describing them as the plaintiffs herein; and it is further

ORDERED that answering papers, if any, shall be filed and served on counsel for the plaintiffs on or before _____, 2026, and reply papers, if any, shall be filed and served on counsel for the defendants on or before _____; 2026;.

ORDERED that oral argument as to whether a preliminary injunction shall issue shall be held on _____ in the following manner:_____; and it is further

ORDERED that filing of this Order to Show Cause on PACER shall constitute good and sufficient service on defendants.

_____
Honorable Michael A. Shipp, U.S.D.J.